UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE THORNTON, on
behalf of herself and others
similarly situated,

    Plaintiff,

v.                                                       No. 3:20-cv-1334-HES-PDB

DOLGENCORP, LLC

    Defendant.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Plaintiff's "Unopposed Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice." (Dkt. 9). The parties request the Court approve the settlement of the Plaintiff's claims brought under the Fair Labor Standards Act. Pursuant to the Motion it is **ORDERED** and **ADJUDGED**:

    1. As required by *Lynn's Food Stores Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Motion for Approval of Settlement is **GRANTED**. (Dkt. 9). The Court finds the proposed settlement reflects a "fair and reasonable resolution of a bona fide dispute." *Id.* at 1354-55.

    2. The Court notes the amount of the attorney's fees and costs was negotiated separately from the settlement of Plaintiff's claims.

3. Having approved the settlement of this action, the matter is hereby **DISMISSED with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**DONE and ORDERED** at Jacksonville, Florida, this 21st day of April, 2021.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to**:
Matthew W. Birk, Esq.
Dolgencorp, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525